IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| George Brice, | ) | |
| | ) | C/A No. 4:17-2210-TMC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff George Brice ("Brice") brought this action under 42 U.S.C. § 405(g), seeking

judicial review of a final decision of the Commissioner of Social Security ("Commissioner")

denying his claim for disability insurance benefits under the Social Security Act. This matter is

before the court for review of the Report and Recommendation ("Report") of the United States

Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule

73.02(B)(2)(a), D.S.C. (ECF No. 16). The Report recommends that the Commissioner's

decision be reversed and remanded, pursuant to sentence four of § 405(g), for further

proceedings consistent with the Report. *Id.* at 10. On September 10, 2018, the Commissioner

filed a notice of her intent not to file objections to the Report. (ECF No. 18).

The Report has no presumptive weight and the responsibility to make a final

determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-

71 (1976). In the absence of objections, this court is not required to provide an explanation for

adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the

absence of a timely filed objection, a district court need not conduct a de novo review, but

instead must only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough and careful review of the record, the court adopts the Report of the Magistrate Judge which is incorporated herein by reference. The Commissioner's final decision is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

September 11, 2018
Anderson, South Carolina